```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13303
    MARLA C MARTIN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-3034


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/25/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE                  UNSECURED         3339.15             .00             .00
CAPITAL ONE                  UNSECURED        11048.00             .00             .00
HOMEQ SERVICING              NOTICE ONLY     NOT FILED             .00             .00
ACCREDITED HOME LENDERS      CURRENT MORTG        .00              .00             .00
ACCREDITED HOME LENDERS      MORTGAGE ARRE   15500.00             .00             .00
CAPITAL ONE AUTO FINANCE     SECURED VEHIC   20000.00             .00             .00
CAPITAL ONE AUTO FINANCE     SECURED NOT I  NOT FILED             .00             .00
HOMEQ SERVICING CORP         CURRENT MORTG        .00              .00             .00
HOMEQ SERVICING CORP         SECURED NOT I  NOT FILED             .00             .00
LANDMARK LENDERS             CURRENT MORTG        .00              .00             .00
LANDMARK LENDERS             MORTGAGE ARRE    6000.00             .00             .00
SELECT PORTFOLIO SERVICI     CURRENT MORTG        .00              .00             .00
SELECT PORTFOLIO SERVICI     MORTGAGE ARRE   27500.00             .00             .00
GMAC MORTGAGE                CURRENT MORTG        .00              .00             .00
GMAC MORTGAGE                MORTGAGE ARRE   12000.00             .00             .00
WASHINGTON MUTUAL BANK       CURRENT MORTG        .00              .00             .00
WASHINGTON MUTUAL BANK       SECURED NOT I        .00              .00             .00
WASHINGTON MUTUAL            NOTICE ONLY     NOT FILED             .00             .00
PRO SE DEBTOR                DEBTOR ATTY          .00                              .00
TOM VAUGHN                   TRUSTEE                                               .00
DEBTOR REFUND                REFUND                                                .00


          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                             ---------------    ---------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13303 MARLA C MARTIN
```

TOTALS                                               .00                      .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE